RECEIPT #
AMOUNT $ N/A
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 11-10-04

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

YAN LI WU and HONGJUN ZHANG

Plaintiffs,

v.

NICOLE A. NELSON, M.D.,
BEVERLY G. SIEGAL, M.D.,
SHRAGA GOLDBERG, M.D.,

Defendants.

Civil Action No.:

**04 CV 12380 RWZ**

MAGISTRATE JUDGE

### NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Beverly G. Siegal, M.D., by and through her attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby files this notice of removal, and as grounds for such removal states as follows:

1. Beverly G. Siegal, M.D. is a named defendant in the action styled Yan Li Wu and Hongjun Zhang v. Nelson et al., Docket No.2004-02076-C, now pending in the Superior Court of Middlesex County, Massachusetts.

2. In that action, plaintiffs make allegations of, *inter alia*, negligence arising out of her medical care. For the relevant time period, Dr. Siegal was an employee of the United States of America. Pursuant to 28 U.S.C. §2679, plaintiffs' exclusive remedy for injury arising from the alleged negligent acts of an employee of the United States is a suit against the United States under the provisions of the Federal Tort Claims Act.

If filed in a state court, such actions are removable to United States District Court at any time before trial. 28 USC § 2679. This action is therefore removable to this Court.

3. No previous application for removal of this action has been made.

4. A copy of the pleadings filed in the Middlesex Superior Court and available to the

government at this time are attached hereto.

WHEREFORE defendant Beverly Siegal, M.D. prays that this action be entered upon the docket of this Court and, upon filing a copy of this Notice with the Clerk of the Middlesex County Superior Court, Civil Division , that the Middlesex County Superior Court, Civil Division shall proceed no further.

By its attorney,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Jeffrey M. Cohen
Assistant U.S. Attorney
1 Courthouse Way
Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: Nov 10, 2004

2

## CERTIFICATE OF SERVICE

I, Jeffrey M. Cohen, Assistant U.S. Attorney, do hereby certify that I have this 1st day of November, 2004 served a copy of the foregoing Notice of Removal by First Class Mail upon:

Eric J. Parker, Esq.
Susan M. Bourque, Esq.
PARKER | SCHEER LLP
One Constitution Center
Boston, MA 02129
(617) 886-0500 (phone)
(617) 886-0100 (fax)

Maria L. Mazur, Esq.
MARTIN, MAGNUSON, MCCARTHY & KENNEY
101 Merrimac Street
Boston, MA 02114-4716
(617) 227-3240 (phone)
(617) 227-3346 (fax)

Sidney W. Adler, Esq.
Jennifer L. Boyd Herlihy, Esq.
ADLER, COHEN, HARVEY, WAKEMAN & GUEKGUEZIAN LLP
230 Congress Street
10th Floor
Boston, MA 02110
(617) 423-6674 (phone)
(617) 423-7152 (fax)

_____
Jeffrey M. Cohen
Assistant U.S. Attorney

3