IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

YAN LI WU and HONGJUN ZHANG,

    Plaintiffs,

v.

                        Civil Action No.: 04-CV-12380-RWZ

NICOLE A. NELSON, M.D.,
BEVERLY G. SIEGAL, M.D.,
SHRAGA GOLDBERG, M.D.,

    Defendants.

## UNITED STATES'S ASSENTED-TO MOTION
## TO WITHDRAW NOTICE OF REMOVAL

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves to withdraw the Notice of Removal filed on November 10, 2004. Counsel for plaintiff assents to this motion. As grounds for this motion, the Government states that Plaintiffs have voluntarily dismissed the federal employee, Beverly G. Siegal, M.D., from this action. The previously filed Notice of Removal was based upon the existence of Dr. Siegal as a defendant in this action. Pursuant to 28 U.S.C. §2679, plaintiffs' exclusive remedy for injury arising from the alleged negligent acts of an employee of the United States is a suit against the United States under the provisions of the Federal Tort Claims Act. However, 28 U.S.C. § 2679 no longer applies to this case because the defendants have voluntarily dismissed the federal employee.

If the Court is inclined to grant the United States's Assented-to Motion to Withdraw the Notice of Removal, the Court also may instruct the Clerk to close the case since there exists no further federal interest in the matter.

WHEREFORE, the government respectfully requests that the Court allow this assented-to motion.

Respectfully submitted
By its attorney,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Jeffrey M. Cohen
Jeffrey M. Cohen
Assistant U.S. Attorney
1 Courthouse Way
Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: Nov. 12, 2004

## L.R. 7.1 Certification

The undersigned counsel states that he contacted plaintiffs' counsel on November 10, 2004 and that she assented to the relief sought in this motion.

/s/ Jeffrey M. Cohen

2

## CERTIFICATE OF SERVICE

I, Jeffrey M. Cohen, Assistant U.S. Attorney, do hereby certify that I have this 12th day of November served a copy of the foregoing by first-class mail upon:

Eric J. Parker, Esq.
Susan M. Bourque, Esq.
PARKER | SCHEER LLP
One Constitution Center
Boston, MA 02129
(617) 886-0500 (phone)
(617) 886-0100 (fax)

Maria L. Mazur, Esq.
MARTIN, MAGNUSON, MCCARTHY & KENNEY
101 Merrimac Street
Boston, MA 02114-4716
(617) 227-3240 (phone)
(617) 227-3346 (fax)

Sidney W. Adler, Esq.
Jennifer L. Boyd Herlihy, Esq.
ADLER, COHEN, HARVEY, WAKEMAN & GUEKGUEZIAN LLP
230 Congress Street
10th Floor
Boston, MA 02110
(617) 423-6674 (phone)
(617) 423-7152 (fax)

Jeffrey M. Cohen
Assistant U.S. Attorney

3